UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CELIA'S MEXICAN RESTAURANT, et al.,<br><br>  Defendants. | Case No. 15-cv-04035-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING COMPLIANCE WITH THE SCHEDULING ORDER AND GENERAL ORDER 56**<br><br>Re: Dkt. No. 3 |

  In this District, actions asserting denial of a right of access protected by Titles II or III of the Americans with Disabilities Act are governed by General Order No. 56, which sets forth a timeline for various steps that the parties must take to efficiently evaluate and possibly resolve the litigation. A Scheduling Order applying those deadlines to this case was entered by Magistrate Judge Laporte that required, among other things, the parties to hold their Joint Site Inspection no later than December 17, 2015 and to file a Notice of Need for Mediation no later than 42 days after that if settlement had not occurred. That date (January 28, 2016) has long passed and no filing has been made on the Court's docket.

  Within seven days of the date of this Order, the parties shall file either: (1) a Notice of Dismissal; (2) a statement describing the status of the case that explains how they are complying with General Order No. 56; or (3) a statement describing the status of the case that apologizes for their noncompliance with General Order No. 56, gives a specific date within 21 days of this Order for the joint inspection, describes their agreement to exchange initial disclosures seven days prior to that in accordance with General Order 56, and represents that they will fully comply with the

actions and timelines required by General Order 56 following the joint inspection.

**IT IS SO ORDERED**.

Dated: March 10, 2016



WILLIAM H. ORRICK
United States District Judge