UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CELIA'S MEXICAN RESTAURANT, et al.,<br><br>   Defendants. | Case No. 15-cv-04035-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

   This case was referred to mediation on April 20, 2016. The Court has been informed by the court's Alternative Dispute Resolution Unit that the parties to the action have agreed to a settlement.

   IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

   **IT IS SO ORDERED**.

Dated: November 22, 2016



WILLIAM H. ORRICK
United States District Judge